COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                                 NO. 2-09-389-CV

 

IN RE BUFORD SCOTT JR.                                                                  RELATOR

 

                                                       ------------

                                           ORIGINAL
PROCEEDING

                                                       ------------

                                      MEMORANDUM OPINION[1]

                                                       ------------

The court has considered relator=s petition for writ of mandamus and motion for emergency stay
and is of the opinion that relief should be denied.  Accordingly, relator=s petition for writ of mandamus and
motion for emergency stay are denied.

Relator shall pay all costs of this original proceeding, for which let
execution issue.

 

BOB MCCOY

JUSTICE

 

PANEL:  MCCOY,
LIVINGSTON, and MEIER, JJ.

 

MEIER, J. would grant.

 

DELIVERED: 
March 15, 2010











    
[1]See
Tex. R. App. P. 47.4.